UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

WILLIE BROWN,

      Petitioner,

  -against-

UNITED STATES OF AMERICA,

      Respondent.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/3/09

08 Civ. 8804 (RO) (AJP)
04 Crim. 113 (RO)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

  A.U.S.A. Kim is to provide me with a courtesy copy of (1) his February 23, 2009 letter to Judge Owen, and (2) Mr. Brown's March 13, 2009 reply (referred to in Judge Owen's May 29, 2009 Order, but apparently not on file with the Clerk of Court).

  If the government wants to respond to Brown's amendment to the petition, it should do so by June 9, 2009.

        \* \* \* \*

  The parties shall advise the Court as to whether they jointly consent to decision on petitioner's habeas corpus petition by a United States Magistrate Judge (that is, the undersigned), pursuant to the enclosed forms and explanations.

C:\OPIN\

Each party shall either: (1) sign the consent form to indicate consent and return it to the Court (with a copy to the other side) or (2) inform the Court by letter that the party does not consent.

This Order is not meant to in any way interfere with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources, particularly since the matter has been referred to me for a Report and Recommendation on this habeas petition, and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

The parties are to notify the Court pursuant to the above procedures by no later than June 26, 2009.

SO ORDERED.

Dated:  New York, New York
        June 3, 2009

---
Andrew J. Peck
United States Magistrate Judge

Copies to:  Willie Brown (Mail)
            Edward Y. Kim, Esq. (Fax)
            Judge Richard Owen

C:\OPIN\

```
** Transmit Confirmation Report **
P.1                                              Jun  3 2009 10:42am
HON ANDREW J PECK SDNY Fax:212-805-7933
```

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912126372527 | Normal | 03,10:40am | 1'21" | 9 | # O K | |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** June 3, 2009                **Total Number of Pages:** 9

| TO | FAX NUMBER |
|---|---|
| Edward Y. Kim, Esq. | 212-637-2527 |
| | |
| | |