| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 12/3/09 |

------------------------------------- x

WILLIE BROWN,  :

          Petitioner,  :  08 Civ. 8804 (AJP)

          -against-  :  **ORDER**

UNITED STATES OF AMERICA,  :

          Respondent.  :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

    The Court is in receipt of Willie Brown's "Notice of Appeal" (attached). The Court construes it as an application for a certificate of appealability and denies same. Petitioner Brown has not made a substantial showing of the denial of a Constitutional right and hence a certificate of appealability will not issue.

    The Court grants Brown's "Request to Proceed in Forma Pauperis on Appeal" (Dkt. No. 15).

    SO ORDERED.

Dated:    New York, New York
           December 3, 2009

                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies to:    Willie Brown (Mail)
                Edward Y. Kim, Esq. (Fax)

C:\OPIN\

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE BROWN

_____Petitioner,_____
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

UNITED STATES OF AMERICA,

Respondents

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

U.S. DISTRICT COURT FILED NOV - 4 2009 S.D. OF N.Y.

PRO SE OFFICE

_08_ Civ. _8804_ ( ) ( )

**NOTICE OF APPEAL IN A CIVIL CASE**

Notice is hereby given that ___Willie Brown___
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment
___United States District Court for the Southern District of New York.___
*(describe the judgment)*
___Denying Relief Pursuant to FRCVP - 60(b)___

entered in this action on the ___21th___ day of ___October___, 20_09_.
*(date)   (month)   (year)*

Signature ___Willie Brown___ UCC 1-207

Address ___Post Office Box 2000___

City, State & Zip Code ___White Deer, Pennsylvania [17887]___

DATED: ___OCT   30___, 20_09_

( ___ ) ___ - ___
Telephone Number

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*